# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EIDO HUSSAM AL-NAHHAS, a/k/a Mohammad Al-Nahhas, | Case No. 2:23-cv-01398-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| ROSEBUD LENDING LZO d/b/a ZocaLoans, *et al.*, | |
| Defendants. | |

Presently before the Court is Defendants Tactical Marketing Partners LLC and 777 Partners LLC Motion to Quash Third-Party Subpoena Directed to Velocity Ventures Group, LLC. (ECF No. 1).

Here, the underlying action *Al-Nahhas v. Rosebud Lending LZO*, 1:22-cv-00750 Judge Tharp (N. Dist. of Illinois, Eastern Division), is currently stayed pending appeal of the court's denial of Defendant 777 Partners LLC's motion to compel arbitration. Defendants admit that discovery deadlines are currently stayed and have been since August 29, 2023. Therefore, the deadline for third-party Velocity Ventures to respond to the subpoena was stayed along with the deadline for any party to challenge the subpoena. Further, given the stay, Plaintiff should not have filed the pending motion to quash, because one purpose of an automatic stay is to spare parties from litigation-related burdens. *See, generally, Coinbase v. Bielski*, 599 U.S. 736, 746 (2023).

Accordingly, Defendant's Motion to Quash (ECF No. 1) is **DENIED without prejudice.**

DATED: October 18, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE